IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SANDRA K. PRUITT, ET AL.                                                    PLAINTIFFS

vs.                                                    CIVIL ACTION NO.: 2:09-CV-121-P-S

QUITMAN COUNTY, MISSISSIPPI,
ET AL.                                                                         DEFENDANTS

## ORDER

This cause came before this Court on the unopposed Motion of Plaintiff for an extension of the discovery deadline and motions deadline by 45 days (#75). Trial in this case is set for February 7, 2011, and movants have requested a motions deadline of October 22, 2010, falling within 120 days of trial. As such, the court cannot grant a blanket 45 day request, but will extend deadlines to accommodate discovery. The court cannot grant further extensions without continuance of the trial date.

**IT IS, THEREFORE, ORDERED** that the following extensions are granted:

Discovery deadline: September 24, 2010; and
Motions deadline other than motions *in limine*: October 7, 2010.

SO ORDERED, this the 24th day of August 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE