IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SANDRA K. PRUITT, ET AL.                                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO. 2:09-cv-121-P-S

QUITMAN COUNTY, MISSISSIPPI, ET AL.                                        DEFENDANTS

**ORDER**

This matter is before the court on the motion of the plaintiff for leave to take the depositions of defendants' expert witnesses outside of the discovery period (#83). Trial in this case is set for February 7, 2011, and both the discovery and dispositive motions deadlines have expired. After considering the record in this case and the motion, the court finds it to be well taken. However, the court notes that while the deposition may take place, the discovery deadline and dispositive motions deadline will not be affected.

IT IS, THEREFORE, ORDERED that the motion to conduct discovery out of time is hereby GRANTED. However, the Court notes that the depositions of defendants' experts should take place within three (3) weeks of the settlement conference scheduled to take place on November 2, 2010.

SO ORDERED, this the 27th day of October 2010.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE